ACCEPTED
01-15-00090-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 4:10:44 PM
CHRISTOPHER PRINE
CLERK

## IN THE FIRST COURT OF APPEALS

| | | |
|---|---|---|
| **VICKY McKENNA** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **BAYLOR COLLEGE OF MEDICINE** | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 4:10:44 PM
CHRISTOPHER A. PRINE
Clerk

CASE NO. 01-15-00090-CV

---

### APPELLANT'S SECOND MOTION TO EXTEND TIME
### TO FILE APPELLANT'S BRIEF

---

Appellant, Vicky McKenna, files this Motion under Rule 10.5(b), TEX. R. APP. P., and asks this Court for an extension of time in which to file Appellant's Brief. In support of this motion, Appellant would show the Court as follows.

1.     This is Appellant's second request for an extension to file her brief. Her first request for an extension was granted and extended the date for filing to July 6, 2015.

2.     Appellant requests an extension of twenty-one (21) days in which to file her brief up to July 28, 2015.

3.     This extension is necessary because a supplemental clerk's record was filed in the above referenced cause on June 25, 2015. Counsel needs the additional time to obtain the supplemental transcript and to consider its relevance and application to this case and to anticipate its use by Appellee in this matter.

4.     Appellant's counsel, a solo practitioner, also has a response to motion for summary judgment due in a pending case in the 334th Judicial Court on July 10. Much of counsel's time will be required to complete the preparation and filing of a timely response in that case.

5.     The July 4th holiday weekend is also a factor which compresses the available time to prepare and file the Appellant's brief in the Mckenna case.

6.     Appellant submits that Appellee is not prejudiced by this delay.

7.     This request is not made for delay only but in order that justice may be done.

WHEREFORE, the Appellant, Vicky McKenna, requests the Court extend the time for Appellant to file her brief 21 days to July 28, 2015. Appellant also requests any other and further relief the Court deems just under the circumstances.

Respectfully submitted,

By: /s/ Glenn W. Patterson, Jr.
Glenn W. Patterson, Jr.
State Bar No. 15612500
11 Greenway Plaza, Suite 2820
Houston, Texas 77046
(713) 961-1200
(713) 961-0941 (Fax)
glenn@patterson-adr.com

**ATTORNEY FOR PLAINTIFF**
**VICKY MCKENNA**

## CERTIFICATE OF CONFERENCE

I certify that I tried to contact Shauna Clark and Heather Sherrod, counsel for Appellee, but was unsuccessful.

/s/ Glenn W. Patterson, Jr.
Glenn W. Patterson, Jr.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served on all counsel of record via electronic transmission.

Shauna Clark
Heather Sherrod
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

/s/ Glenn W. Patterson, Jr.
Glenn W. Patterson, Jr.

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Glenn W. Patterson, Jr., who, being by me duly sworn on oath deposed and said that he is the duly authorized attorney for Vicky McKenna in this cause; that he has read the above Motion; and that every statement contained in the Motion is true and correct.

_____
Glenn W. Patterson, Jr.

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by Glenn W. Patterson, Jr., duly authorized attorney for Vicky McKenna on this the 29th day of June, 2015, to certify which, witness my hand and seal of office.

_____
Notary Public, State of Texas

NOTARY PUBLIC
STATE OF TEXAS
G RILEY HETHERINGTON
My Commission Expires
March 22, 2016

4